UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

PHILLIP SAEGER,

    Plaintiff,

v.                                           Case No. 12-C-188

MS CHAMPAGNE
Warden, Wisconsin Correctional Centers,

    Defendants.

**ORDER**

The Petitioner in the above matter has sent the Court a letter which he asks the Court to construe as a motion challenging his transfer by the Wisconsin Department of Corrections from John Burke Correctional Center to Racine Correctional Institution. Petitioner states that if the Court requires a formal motion to address "my illegal transfer" please inform me as soon as soon as possible and I will prepare and submit one.

Petitioner is advised hat the Court does require a formal motion challenging his transfer and it should indicate the grounds upon which he claims it is illegal. Assuming he does file such a motion, the respondent shall have 10 days to respond.

Dated this   7th   day of May, 2012.

                                                  s/ William C. Griesbach
                                                  William C. Griesbach
                                                  United States District Judge