UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

PHILLIP SAEGER,

    Petitioner,

v.                                      Case No. 12-C-188

MS CHAMPAGNE
Warden, Wisconsin Correctional Centers,

    Respondent.

**ORDER**

The petitioner in the above matter has filed a motion for immediate transfer back to control of respondent. Petitioner also seeks injunctive relief enjoining the respondents from changing his security classification. He contends that the intended change of security classification is intended to punish him for exercising his constitutional rights.

Respondent is directed to respond to Saeger's motions on or before May 31, 2012. Saeger may file a reply on or before June 11, 2012.

Dated this   21st   day of May, 2012.

                                  s/ William C. Griesbach
                                  William C. Griesbach
                                  United States District Judge