UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

PHILLIP SAEGER,

    Petitioner,

v.                                        Case No. 12-C-188

WARDEN CHAMPAGNE,

    Respondent.

## ORDER

The petitioner in the above matter filed a brief supporting his petition on January 3, 2012. Respondent has now filed an answer where they concede that the petition is timely and that petitioner has exhausted his state court remedies. Accordingly, respondent shall file her brief in opposition to the petition on or before September 1, 2012. Petitioner will then have 21 days to reply.

**SO ORDERED** this   19th   day of July, 2012.

                                            s/ William C. Griesbach
                                            William C. Griesbach
                                            United States District Judge